ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Program Litigation 1 | Law & Policy
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| JULIE ANN MAYS, | Case No.: 2:25-cv-01553-DMC |
|---|---|
| Plaintiff, | STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further develop the record as necessary; and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 18, 2025

/s/ Francesco Paulo Benavides    *
(*as authorized via e-mail on 9/16/25)
FRANCESCO PAULO BENAVIDES
Attorney for Plaintiff

Dated: September 18, 2025

ERIC GRANT
United States Attorney

By:   /s/ Marcelo Illarmo
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: September 19, 2025

_____
Troy L. Nunley
Chief United States District Judge